No. 63293.—M. E. Dey & Company, Inc. *v.* United States, protest 272565–K (Milwaukee).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of perlon monofilament fishing lines the same in all material respects as those the subject of *J.M.P.R. Trading Corp. et al.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 14, 1959

No. 63294.—Manca, Inc. *v.* United States, protest 330319–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items designated as "Testing Devices" consist of metal articles having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.